IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERTO CANDELARIO                                              PLAINTIFF

v.                                     Civil No. 06-5188

DEPUTY GRANT and
SHERIFF KEITH FERGUSON                                          DEFENDANTS

## O R D E R

Plaintiff's complaint was filed in this case on October 2, 2006. Before the undersigned

is the issue of whether the complaint should be served. In order to assist the court in making

such determination, it is necessary that plaintiff provide additional information.

Accordingly, it is ordered that plaintiff complete and sign the attached addendum to his

complaint, and return the same to the court **by December 15, 2006. Plaintiff is advised that**

**should he fail to return the completed and executed addendum by December 15, 2006, his**

**complaint may be dismissed without prejudice for failure to prosecute and/or for failure**

**to obey an order of the court.**

IT IS SO ORDERED this 21st day of November 2006.


/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERTO CANDELARIO                                        PLAINTIFF

v.                              Civil No. 06-5188

DEPUTY GRANT and
SHERIFF KEITH FERGUSON                                    DEFENDANTS

## ADDENDUM TO COMPLAINT

TO: ROBERTO CANDELARIO

This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and send it back to the court **by December 15, 2006** Failure to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

## RESPONSE

In your complaint, you allege your rights were violated on when Deputy Grant used excessive force against you causing you to sustain an injury to your arm.

1. At the time of the alleged incident, were you in jail on pending charges or had you already been convicted of a crime?

_____

_____

-2-

_____

_____

_____

    2.  You stated that your cellmate's conversation with a trustee upset Deputy Grant and caused him to come into your cell.  What were you doing at the time?

_____

_____

_____

_____

_____

    3.  When Deputy Grant twisted your arm, did you resist him in any way?

_____

_____

_____

_____

_____

    4.  You indicate that you sustained a gash on your elbow as a result of this incident.  Did you receive medical treatment?

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

5. Did the cut necessitate stitches?

Answer: Yes _____ No _____.

6. Are you suing the defendants in their individual capacity, official capacity, or both? Claims against individuals in their official capacities require proof that a policy or custom of the entity violated your rights. Personal capacity claims, on the other hand, are those which allege personal liability for individual actions by officials in the course of their duties.

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
ROBERTO CANDELARIO
_____
DATE

-4-

AO72A
(Rev. 8/82)