IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

FAYETTEVILLE DIVISION


ROBERTO CANDELARIO                                           PLAINTIFF

v.                          Civil No. 06-5188

DEPUTY GRANT; and
SHERIFF KEITH FERGUSONS                                      DEFENDANTS

<u>O R D E R</u>

Now on this 6th day of March, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #8, filed February 5, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's claims against separate defendant Sheriff Ferguson are hereby **dismissed.**

This case is referred back to Magistrate Judge James R. Marschewski regarding plaintiff's claims against Deputy Grant.

**IT IS SO ORDERED.**


                                        **/s/Jimm Larry Hendren**
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**