IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERTO CANDELARIO                                                                    PLAINTIFF

v.                                            Civil No. 06-5188

DEPUTY GRANT                                                                          DEFENDANT

### ORDER

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **May 29, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 15th day of March 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)