IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERTO CANDELARIO                                                                                    PLAINTIFF

v.                                    Civil No. 06-5188

DEPUTY GRANT and SHERIFF
KEITH FERGUSON                                                                                      DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Roberto Candelario filed this civil rights action on October 2, 2006. He proceeds pro se and *in forma pauperis*.

When he filed the action, plaintiff was incarcerated at the Benton County Detention Center (Doc. 1). Mail was returned as undeliverable on January 12, 2007. Plaintiff did not notify the court of a change of address, but the court updated and submitted a change of address on Plaintiff's behalf. However, on February 14, 2006, mail was returned as "undeliverable" when sent to the new address. Plaintiff has not further notified the court of a change in address. According to information available on the Arkansas JusticeXchange website, www.justicexchange.com, Plaintiff's current custody status is unknown.

On May 29, 2007, Defendants filed a motion to for extension of time to file motion for summary judgment or in the alternative, motion to dismiss, a second motion to dismiss, and brief in support (Doc. 18 and 20). In their motion and brief, Defendants indicate Plaintiff has failed to respond to discovery requests. Defendants indicate they have been unable to correspond with the Plaintiff regarding his past due discovery responses because all mail sent to the Plaintiff at the address entered as a change of address has been returned as undeliverable. Plaintiff has not

communicated with the court in anyway.

I therefore recommend that this case be dismissed based on plaintiff's failure to obey the orders of the court and his failure to prosecute this action. Fed. R. Civ. P. 41. **The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 1st day of June 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)