**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**ROBERTO CANDELARIO**                                                              **PLAINTIFF**

**v.**                               **Civil No. 06-5188**

**DEPUTY GRANT AND**
**SHERIFF KEITH FERGUSON**                                                      **DEFENDANTS**

### O R D E R

Now on this 25th day of June 2007, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #22, filed June 1, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation of the Magistrate Judge, plaintiff's complaint is hereby **dismissed.**

**IT IS SO ORDERED.**

                                                         **/s/Jimm Larry Hendren**
                                                         **HON. JIMM LARRY HENDREN**
                                                         **UNITED STATES DISTRICT JUDGE**